STATE OF LOUISIANA

VERSUS

BRIAN WEBER

NO. 24-K-534

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

_____ November 15, 2024 _____

Linda Wiseman
First Deputy Clerk

**IN RE** BRIAN WEBER

---

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE FRANZ L. ZIBILICH, JUDGE AD HOC, DIVISION "C", NUMBER 24-3781, 24-3782

---

Panel composed of Judges Fredericka Homberg Wicker,
Marc E. Johnson, and Stephen J. Windhorst

**WRIT DENIED**

In the instant *pro se* writ application, Relator, who is charged with extortion in violation of La. R.S. 14:66 and domestic abuse battery in violation of La. R.S. 14:35.3 in August and September 2024, appears to request mandamus relief from this Court. Relator complains that the trial court has yet to hold a pretrial conference, and asks that this Court order the district court to consider his motions, once we confirm the motions "are still existence".

A review of the court record shows that a sanity commission has been appointed in Relator's case and a competency hearing is scheduled for November 20, 2024. Under La. C.Cr.P. art. 642, "there can be no further steps in the criminal prosecution" of Relator until the issue of his competency has been resolved. *See Jefferson Parish v. LaBranche*, 23-K-496 (La. App. 5 Cir. 11/8/23) (unpublished writ disposition). Therefore, this Court is unable to grant Relator's request for relief at this time. *Id.* Accordingly, the writ application is denied.

Gretna, Louisiana, this 15th day of November, 2024.

**MEJ**
**FHW**
**SJW**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN
TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS
DAY **11/15/2024** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF
THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY
COUNSEL, AS LISTED BELOW:

**24-K-534**

CURTIS B. PURSELL
CLERK OF COURT

### E-NOTIFIED
24th Judicial District Court (Clerk)
Honorable Franz L. Zibilich (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

### MAILED
Brian Weber #1846 (Relator)
Jefferson Parish Correctional Center
P. O. Box 388
Gretna, LA 70054